JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | EDCV 21-1946 JGB (KKx) | Date | August 8, 2023 |
|---|---|---|---|
| Title | *Hao Mong Thi Dang v. Huy Quang Phung* | | |

**Present: The Honorable**  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order Dismissing for Failure to Prosecute (IN CHAMBERS)

On January 18, 2023, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute.  There being no response on file, the Court dismisses the case without prejudice.

**IT IS SO ORDERED.**